**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HORIZON GROUP USA, INC.,

                      Plaintiff,

    -against-                                            22 **CIVIL** 1241 (JPC)

                                                         **JUDGMENT**

INNOVATIVE DESIGNS, LLC,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 29, 2022, and because Plaintiff has not shown good cause to excuse its failure to comply with Rule 4(m), the Court has dismissed this case without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
        July 29, 2022

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**
                                    **BY:**    *K. Mango*
                                                               **Deputy Clerk**